UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MINH VO, ET AL. | CIVIL ACTION |
| VERSUS | |
| ENTERGY COMPANY, ET AL | 22-255-SDD-EWD |

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated May 11, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the claims of Plaintiffs Minh Vo, Huong Troung, Minh-Tri Vo, Anna Vo, Sang Vo, and Richard Vo in this case are DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall send this Report and Recommendation to Plaintiffs at the address listed on PACER by regular and certified mail, return receipt requested.

Signed in Baton Rouge, Louisiana, on this __8th__ day of June, 2023.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.   Minh Vo  Certified Mail No. 7020 0640 0001 4750 6668
Huong Troung Certified Mail No. 7020 0640 0001 4750 6675
Minh-Tri Vo Certified Mail No. 7020 0640 0001 4750 6682
Anna Vo Certified Mail No. 7020 0640 0001 4750 6699
Sang Vo Certified Mail No. 7020 0640 0001 4750 6705
Richard Vo Certified Mail No. 7020 0640 0001 4750 6712